UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CARSON ADAMS, JR.,
    Plaintiff,

vs.                                      Case No.:  3:21cv2915/LAC/EMT

ESCAMBIA COUNTY JAIL, et al.,
    Defendants.
_____/

## REPORT AND RECOMMENDATION

Plaintiff, proceeding pro se, commenced this action by filing a civil rights complaint under 42 U.S.C. § 1983 (ECF No. 1).  At that time, Plaintiff was an inmate of the Escambia County Jail (Jail) (*see id.*).  On December 16, 2021, the court entered an order directing Plaintiff to file an amended civil rights complaint within thirty days (ECF No. 5).  The undersigned directed the clerk of court to send Plaintiff the complaint form and notified Plaintiff that his failure to comply with an order of the court would result in a recommendation of dismissal of this case (*see id.* at 19).

Plaintiff did not file an amended complaint by the deadline; therefore, on January 27, 2022, the court issued an order directing Plaintiff to show cause, within thirty days, why this case should not be dismissed for his failure to comply with an order of the court (*see* ECF No. 6).  The court notified Plaintiff that his failure to comply with the order would result in a recommendation of dismissal of this case

(*id.*).  The deadline for compliance with the show cause order has passed, and Plaintiff has not responded.[1]

Accordingly, it is respectfully **RECOMMENDED** that this case be **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court.

At Pensacola, Florida, this 3rd day of March 2022.

*/s/ Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**CHIEF UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations must be filed within fourteen days of the date of the Report and Recommendation.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only and does not control</u>.  An objecting party must serve a copy of the objections on all other parties.  A party who fails to object to the magistrate judge's findings or recommendations contained in a report and recommendation waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions.  *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.**

---

[1] The Jail returned the show cause order with an indication that Plaintiff was not in custody (*see* ECF No. 7).  Plaintiff did not notify the court of his new address.  The clerk of court resent the show cause order to Plaintiff's release address indicated on the Jail's public website.

Case No.:  3:21cv2915/LAC/EMT